IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:21cr374-MHT |
| | ) | (WO) |
| MASTAKI AJANI SMITH, | ) | |
| ANTWUAN VANTRIECE BRACKIN, | ) | |
| DEMARCUS JAMAR BROWN, | ) | |
| MARQUISE ANTAWON CLARK, | ) | |
| JUSTIN MARTEZ DAVIS, | ) | |
| DARRIUS EUGENE JACKSON, and | ) | |
| CHRIS FRED WILLIAMS, JR. | ) | |

DISMISSAL ORDER

Upon consideration of the government's motion to dismiss the indictment (Doc. 344), which the court construes as a motion for leave to dismiss the indictment pursuant to Federal Rule of Criminal Procedure 48(a) and as a notice of dismissal under said rule, it is ORDERED that:

(1) The motion for leave to dismiss the indictment (Doc. 344) is granted.

(2) Pursuant to the government's notice of dismissal, the indictment is dismissed with prejudice against defendants Mastaki Ajani Smith, Antwuan

Vantriece Brackin, Demarcus Jamar Brown, Marquise Antawon Clark, Justin Martez Davis, Darrius Eugene Jackson, and Chris Fred Williams, Jr.

These cases remain pending for sentencing by the United States Magistrate Judge on informations.

DONE, this the 25th day of May, 2022.

                                          /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE